**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **Peggy Bennett,** | ) | **CASE NO. 1:05 CV 1883** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Lake County Board of Mental** | ) | **Judgment Entry** |
| **Retardation and Developmental** | ) | |
| **Disabilities, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having GRANTED Defendants' Motion for Summary Judgment (Doc. 13), hereby enters judgment in favor of defendants and against plaintiff.

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated:  6/13/06

1